HENRY SMERNOFF *v.* ORANGE
RESEARCH, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 18066) is denied.

*Charles B. Angelo*, in support of the petition.

Decided June 17, 1998

SCHILKE REALTY ASSOCIATES *v.*
JOYCE ANN RAK ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 17879) is denied.

*Frank C. White, Jr.*, in support of the petition.

Decided June 17, 1998